**ORIGINAL**

FILED IN CLERK'S OFFICE

NOV 2 8 2001

LUTHER D. _____, Clerk
By: _____
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT CHRISTIAN WOLF,          )
                                )
            Plaintiff,          )    CIVIL ACTION FILE
    vs.                         )
                                )    NO. 00-CIV-1187 (JEC)
JOHN BENNETT RAMSEY &           )
PATRICIA PAUGH RAMSEY,          )
                                )
            Defendants.         )
_____ )

**NOTICE OF FILING UNDER SEAL ORIGINAL DEPOSITION OF NON-PARTY
WITNESS STEVE THOMAS**

NOW COME Defendants John Bennett Ramsey and Patricia
Paugh Ramsey and hereby give notice of filing the original
transcript of the deposition of non-party witness Steve
Thomas for use in connection with Defendants' Opposition to
Motion for Protective Order of Non-Party Steve Thomas.

The deposition is being filed under seal and designated
as "CONFIDENTIAL" pursuant to the Stipulation and Protective
Order entered by the Court on May 25, 2001, and shall not be
opened except as ordered by the Court.

Respectfully submitted this 28th day of November, 2001.



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ROBERT CHRISTIAN WOLF,     )
                               )
         Plaintiff,    )    CIVIL ACTION FILE
    vs.                 )
                               )    NO. 00-CIV-1187 (JEC)
JOHN BENNETT RAMSEY &    )
PATRICIA PAUGH RAMSEY,    )
                               )
        Defendants.    )

## CERTIFICATE OF FONT AND MARGIN COMPLIANCE

I hereby certify that **NOTICE OF FILING UNDER SEAL ORIGINAL DEPOSITION OF NON-PARTY WITNESS STEVE THOMAS** complies with the type-size and margin requirements set forth in Local Rules 5.1B and 5.1C, NDGa.  This paper was printed using 12-point Courier New Font with a top margin of no less than 1.5 inches and side and bottom margins of no less than 1 inch.

This 28 day of November, 2001.

Eric P. Schroeder

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ROBERT CHRISTIAN WOLF,   )
                     )
        Plaintiff,    )    CIVIL ACTION FILE
     vs.             )
                     )    NO. 00-CIV-1187 (JEC)
JOHN BENNETT RAMSEY &   )
PATRICIA PAUGH RAMSEY,  )
                     )
       Defendants.   )
                     )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the counsel below with a copy of the **NOTICE OF FILING UNDER SEAL ORIGINAL DEPOSITION OF NON-PARTY WITNESS STEVE THOMAS** via United States First Class Mail, with adequate postage affixed thereto, addressed as follows:

Evan M. Altman
5901-C Peachtree Dunwoody Rd.
Suite 495
Atlanta, Georgia 30328

Darnay Hoffman
Law Office of Darnay Hoffman
210 West 70th Street, Ste. 209
New York, New York 10023

Sean R. Smith
Dow, Lohnes & Albertson PLLC
One Ravinia Drive
Suite 1600
Atlanta, Georgia 30346

Charles P. Diamond
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, California
90067-6035

4

This 28th day of November, 2001.

_____
Eric P. Schroeder

5