## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ROBERT CHRISTIAN WOLF,

          Plaintiff,

vs.

JOHN BENNET RAMSEY and PATRICIA PAUGH RAMSEY,

          Defendants.

CIVIL ACTION FILE

NO. 1:00-cv-1187-JEC

## J U D G M E N T

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, for consideration of Defendants' Motion for Summary Judgment, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 31st day of April, 2003.

LUTHER D. THOMAS
CLERK OF COURT

By: _Jill Hannah/ck_
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 1, 2003
Luther D. Thomas
Clerk of Court
By: _Jill Hannah/ck_
    Deputy Clerk

116