AO 133 (Rev. 9/89) Bill of Costs

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# United States District Court

MAY 0 1 2003

LUTHER D. T[HOMAS], Clerk
By: [signature], Deputy Clerk

__Northern__ DISTRICT OF __Georgia__

Robert Christian Wolf
v.
Patricia and John Ramsey

**BILL OF COSTS**

Case Number: 01:00-CV-1187-JEC

Judgment having been entered in the above entitled action on __4/1/03__ against __Plaintiff__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ --- |
| Fees for service of summons and subpoena | 454.60 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 29,871.88 |
| Fees and disbursements for printing | 435.00 |
| Fees for witnesses (itemize on reverse side) | 90.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 4,197.05 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 3,092.96 |
| **TOTAL** | **$ 38,141.49** |

Full Itemization Attached at Tabs 1-5
SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

See Tab 6 hereto (Certificate of Service)

Signature of Attorney: [signature]

Name of Attorney: Eric P. Schroeder

For: Patricia and John Ramsey         Date: 5/1/03
Name of Claiming Party

Costs are taxed in the amount of  $ 38,141.49  and included in the judgment.

**LUTHER D. THOMAS**           By: [signature]               5/2/03
*Clerk of Court*                 *Deputy Clerk*              *Date*

121