UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
2167 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303-3309

CHAMBERS OF
**JULIE E. CARNES**
JUDGE

November 2, 2004

Mary McAuliffe
4378 Okemos Road
Apt. D-112
Okemos, Mi. 48864

    RE: *WOLF v. RAMSEY*
        1:00-CV-1187-JEC

Dear Ms. McAuliffe:

The Court has received your September 23, 2004 letter requesting the Court to unseal the remaining depositions in the above numbered action. In Order for this Court to unseal the deposition in question, you will need to file a motion to that effect, citing appropriate case authority. Mr. White and counsel will be given an opportunity to respond.

                                    Sincerely,

                                    S/Kay Bates
                                    Court Deputy
                                    404/215-1514

cc:    ALL COUNSEL (letter attached)
        FLEET WHITE (letter attached)

Via Fax and U.S. Mail

September 23, 2004

**Judge Julie E. Carnes, United States District Court**
**2167 Richard B. Russell Federal Building**
**and United States Courthouse**
**75 Spring Street, S.W.**
**Atlanta, GA 30303-3309**

**Dear Judge Carnes,**

   **I post on the JonBenet Ramsey case at CyberIsleuths.com. Our posters are thankful to you for opening former Boulder Police Detective Steve Thomas's deposition in the Wolf v. Ramsey case you presided over. I request per open records act and FOIA that you unseal the rest of the depositions from that case, Wolf v. Ramsey, 1:00-cv-01187-JEC, subject to "good cause" redactions, and have redacted copies made available to us. Our readers are very interested in what these case figures had to say under oath. This is a public murder case that has not been solved.**

   **Fleet White, a witness who was deposed, had been jailed for contempt just 6 weeks prior to being deposed. He has made all sorts of requests of law enforcement for records, yet he seeks to cover up his deposition by way of a blanket protective order. This is not the purpose of protective orders. We very much want to see what this important witness had to say under oath.**

**Thank you Judge Carnes in advance, and thank you for opening Steve Thomas's deposition for public scrutiny.**

Sincerely,

Mary McAuliffe
**4378 Okemos Road, Apt. D-112**
**Okemos, MI  48864**
**Phone:  517.347.0447**

mcaulif4@msu.edu